| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 2:03CR20282-01 |
|---|---|---|
| | 2005 MAY 19 AM 8:59 | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Western District of Tennessee | DIVISION Western |
|---|---|---|
| Ray M. Abel 14232 Hwy 70 Proctor, AR 72376 | NAME OF SENTENCING JUDGE Honorable J. Daniel Breen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/17/05 — TO 02/16/06 |

**OFFENSE**

Receipt, Possession, and Concealment of Stolen Goods. 18 U.S.C. § 2315

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Tennessee___

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the ___Eastern District of Arkansas___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/21/05
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern District of Arkansas___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/29/05
Effective Date

United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __6-2-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:03-CR-20282 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT